UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CUSAJ THOMAS

    v.                                                                                                 CA 15-085 ML

FUNES TOWING, LLC

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on March 10, 2015 (Docket #3). No objection has been filed and the time for doing so has passed.

The Court, therefore, adopts the Report and Recommendation in its entirety. The Complaint is DISMISSED pursuant to 28 U.S. C. § 1915(e)(2)(B).


SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
April 7, 2015